**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1407

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

v.

DONNA E. SHALALA, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; BRUCE C. VLADECK, Administrator, Department of Health and Human Services (Washington) Health Care Financing Administration (HCFA) (Baltimore); DAVE BARRAIN, Administrator, United States General Services Administration; FEDERAL PROTECTIVE SERVICE; STEVE PELOVITZ, Health Care Financing Administration; REGINA MCPHILLIPS, Health Care Financing Administration; ROBERT MOORE, Health Care Financing Administration; JOE HLADKY, Health Care Financing Administration; WINSTON EDWARDS, Health Care Financing Administration; FRANK JONES, Health Care Financing Administration; JANICE SIEBERT, Health Care Financing Administration; PATRICIA WALDRON, Health Care Financing Administration; MEL GENT, Health Care Financing Administration; ARNIE KAHN, Health Care Financing Administration; KERMIT LEE, Health Care Financing Administration; GEORGE WILSON, Health Care Financing Administration; DAVID ZANARDELLI, Health Care Financing Administration; DAVID SMITH, Health Care Financing Administration; ALAN ZENDELL, Health Care Financing Administration; RODDERICK LOCKLEAR, Health Care Financing Administration; JOANNE HITCHCOCK, Health Care Financing Administration; MAURICE GRAHAM, Special Agent, General Services Administration; RONALD REJA, Special Agent, General Services Administration,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   William D. Quarles, Jr., District Judge.   (1:97-cv-02448-WDQ)

Submitted:  August 20, 2009                    Decided: August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm. Wilder's request for rehearing and motion for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED